UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <u>ex rel.</u> MAMIE ANDREWS | ) ) ) ) | CASE NO.: 4:13-CV-2366 |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) | |
| EDUCATION AFFILIATES, INC.; MEDVANCE INSTITUTE d/b/a FORTIS COLLEGE; KIMC SOUTHWEST HOUSTON LLC; KIMC INVESTMENTS LP; and KIMC TEXAS HOLDING, LLC | ) ) ) ) ) ) | |
| **Defendants.** | | |

**RELATOR'S CERTIFICATE OF INTERESTED PERSONS**

COMES NOW Relator Mamie Andrews and, pursuant to the Court's Order for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons, hereby shows as follows:

Relator Mamie Andrews certifies that the following persons and firms have an interest in the outcome of this lawsuit:

1. Relator Mamie Andrews, 29802 S. Legends Chase Cir., Spring, TX 77386.

2. James, Hoyer P.A., 4830 W. Kennedy Blvd., Suite 550, Tampa, FL 33609.

3. Jesse L. Hoyer, 4830 W. Kennedy Blvd., Suite 550, Tampa, FL 33609.

4. Christopher Casper, 4830 W. Kennedy Blvd., Suite 550, Tampa FL 33609.

5. Barbara Gardner, Attorney at Law, 3730 Kirby St., #777, Houston, TX 77098.

Respectfully submitted,

__s/ Jesse L. Hoyer_____
JESSE L. HOYER (*admitted pro hac vice*)
Florida Bar No.: 076934
jlhoyer@jameshoyer.com
CHRISTOPHER CASPER (*admitted pro hac vice*)
Florida Bar No.: 048320
ccasper@jameshoyer.com
JAMES, HOYER, P.A.
4830 West Kennedy Boulevard
Suite 550
Tampa, Florida 33609
Phone: (813) 397-2300
Fax: (813) 397-2310

BARBARA J. GARDNER
Federal ID Number: 922
TBN: 07651300
GARDNER EMPLOYMENT LAW
3730 Kirby Street #777
Houston, Texas 77098
Phone: (832) 506-0142
Fax: (713) 526-1175
Barbara@gardneremploymentlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2015, I electronically transmitted the foregoing document using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case.

                                                  _s/ Jesse L. Hoyer_
                                                  Jesse L. Hoyer