**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| <u>ex rel.</u> | ) | |
| **MAMIE ANDREWS** | ) | **CASE NO.: 4:13-CV-2366** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **EDUCATION AFFILIATES, INC.;** | ) | |
| **MEDVANCE INSTITUTE d/b/a** | ) | |
| **FORTIS COLLEGE; KIMC SOUTHWEST** | ) | |
| **HOUSTON LLC; KIMC INVESTMENTS LP;** | ) | |
| **and KIMC TEXAS HOLDING, LLC** | ) | |
| | ) | |
| **Defendants.** | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(a)(ii), Fed.R.Civ.P., the Plaintiff, Mamie Andrews and Defendants Education Affiliates, Inc.; Medvance Institute d/b/a Fortis College; KIMC Southwest Houston LLC; KIMC Investments LP; and KIMC Texas Holding LLC hereby stipulate that the above styled action be dismissed, with prejudice, as to all Defendants, with each party bearing its own costs and fees.

DATED: May 10, 2016

*s/ Jesse L. Hoyer*_____
Jesse L. Hoyer (*admitted pro hac vice*)
jlhoyer@jameshoyer.com
Christopher Casper (*admitted pro hac vice*)
ccasper@jameshoyer.com
JAMES HOYER, P.A.
4830 W. Kennedy Blvd.
Suite 550
Tampa, FL 33609
Telephone: (813) 397-2300
Facsimile: (813) 397-2310

Barbara Gardner
Federal ID Number: 922
TBN: 07651300
GARDNER EMPLOYMENT LAW
3730 Kirby Street #777
Houston, Texas 77098
Phone: (832) 506-0142
Fax: (713) 526-1175
Barbara@gardneremploymentlaw.com

*Attorneys for Plaintiff*


*s/ Peter D. Isakoff*
Peter D. Isakoff (*admitted pro hac vice)*
Attorney-in-charge
Kristen Murphy (*admitted pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
peter.isakoff@weil.com
kristen.murphy@weil.com

OF COUNSEL:
T. Ray Guy
Texas Bar No. 08648500
S.D. Tex. Admissions No. 17869
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300

Dallas, Texas 75201-6950
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
ray.guy@weil.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2016, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

*s/ Jesse L. Hoyer*_____
Counsel for Plaintiff